PEOPLE V BLACKWELL, No. 152133; Court of Appeals No. 320995. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we reverse in part the judgment of the Court of Appeals, and we remand this case to the Eaton Circuit Court to determine whether the court would have imposed a materially different sentence under the sentencing procedure described in *People v Lockridge*, 498 Mich 358 (2015). On remand, the trial court shall follow the procedure described in Part VI of our opinion. If the trial court determines that it would have imposed the same sentence absent the unconstitutional constraint on its discretion, it may reaffirm the original sentence. If, however, the trial court determines that it would not have imposed the same sentence absent the unconstitutional constraint on its discretion, it shall resentence the defendant. In all other respects, leave to appeal is denied, because we are not persuaded that the remaining questions presented should be reviewed by this Court. We do not retain jurisdiction.

PEOPLE V WATSON, No. 152434; Court of Appeals No. 320328. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand this case to the Jackson Circuit Court to determine whether the court would have imposed a materially different sentence under the sentencing procedure described in *People v Lockridge*, 498 Mich 358 (2015). On remand, the trial court shall follow the procedure described in Part VI of our opinion. If the trial court determines that it would have imposed the same sentence absent the unconstitutional constraint on its discretion, it may reaffirm the original sentence. If, however, the trial court determines that it would not have imposed the same sentence absent the unconstitutional constraint on its discretion, it shall resentence the defendant. In all other respects, leave to appeal is denied because we are not persuaded that the remaining questions presented should be reviewed by this Court. We do not retain jurisdiction.

*Leave to Appeal Denied March 29, 2016:*

PEOPLE V OLSON, No. 150135; Court of Appeals No. 321882.

PEOPLE V DUMAS, No. 150860; Court of Appeals No. 323462.

PEOPLE V MICHAEL HARRIS, No. 151290; Court of Appeals No. 325503.

PEOPLE V BEALS, No. 151364; Court of Appeals No. 325643.

PEOPLE V OSWALD, No. 151390; Court of Appeals No. 325707.

PEOPLE V MICHAEL WARD, No. 151397; Court of Appeals No. 325466.

PEOPLE V ANTONIO STAPLETON, No. 151440; Court of Appeals No. 325501.